AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

SANDRA PATRICIA MATEO, on behalf of herself, and others similarly situated,

*Plaintiff(s)*

v.

2255 EMMONS CAFE LOUNGE, INC., doing business as OPERA CAFE LOUNGE, and MUSTAFA BOZ, HUSEYIN BOZ, and DOGAN DINC, individually,

*Defendant(s)*

Civil Action No. 22 CV 4941

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 2255 EMMONS CAFE LOUNGE, INC., dba OPERA CAFE LOUNGE
2255 Emmons Avenue
Brooklyn, NY 11235

MUSTAFA BOZ
2255 Emmons Avenue
Brooklyn, NY 11235

HUSEYIN BOZ
2255 Emmons Avenue
Brooklyn, NY 11235

DOGAN DINC
2255 Emmons Avenue
Brooklyn, NY 11235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney
*CLERK OF COURT*

Date: 8/22/2022

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*